No. 99–9430.  GREENBERG v. CARROLL ET AL.  App. Ct. Mass.
Certiorari denied.

No. 99–9435.  JOHNSON v. MITCHEM, WARDEN, ET AL.  C. A.
11th Cir.  Certiorari denied.

No. 99–9443.  CAMERON v. GIAMMITTORIO, JUDGE, GENERAL
DISTRICT COURT OF THE CITY OF ALEXANDRIA, ET AL.  Sup. Ct.
Va.  Certiorari denied.

No. 99–9444.  CRAWFORD v. JOHNSON, DIRECTOR, TEXAS DE-
PARTMENT OF CRIMINAL JUSTICE, INSTITUTIONAL DIVISION.
C. A. 5th Cir.  Certiorari denied.

No. 99–9445.  SMALLWOOD v. GIBSON, WARDEN, ET AL.  C. A.
10th Cir.  Certiorari denied.

No. 99–9446.  HEIM v. NEBRASKA ET AL.  C. A. 8th Cir.  Cer-
tiorari denied.

No. 99–9456.  GOODEN v. HENDRICKS ET AL.  C. A. 3d Cir.
Certiorari denied.

No. 99–9461.  DAVIS v. MOORE, SECRETARY, FLORIDA DEPART-
MENT OF CORRECTIONS, ET AL.  C. A. 11th Cir.  Certiorari
denied.

No. 99–9462.  REED v. GILL ET AL.  C. A. 6th Cir.  Certiorari
denied.

No. 99–9466.  MUELLER v. SCHNICK ET AL.  C. A. 7th Cir.
Certiorari denied.

No. 99–9470.  BROWN v. SOUTH CAROLINA ET AL.  C. A. 4th
Cir.  Certiorari denied.

No. 99–9471.  BARRY v. UNITED STATES.  C. A. 1st Cir.  Cer-
tiorari denied.

No. 99–9475.  SMITH v. RAY, CHAIRMAN, GEORGIA BOARD OF
PARDONS AND PAROLES, ET AL.  C. A. 11th Cir.  Certiorari
denied.

No. 99–9476.  SPERO v. UNITED STATES; and
No. 99–9908.  JONES v. UNITED STATES.  C. A. 11th Cir.  Cer-
tiorari denied.  Reported below: 205 F. 3d 1354.